U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 09 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WALTER RAYMOND WILLIAMS | CIVIL ACTION NO. 07-cv-2075 |
| VERSUS | JUDGE WALTER |
| AMERICAN ELECTRIC POWER | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 23) is **granted** by (1) dismissing Walter Raymond Williams' claims for Title VII retaliation and hostile work environment because they are beyond the scope of the EEOC charge and (2) dismissing as untimely any Title VII claim based on the incident described in Paragraph 11 of the complaint.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and for Sanctions (Doc. 48) is **granted in part** as follows: Plaintiff is directed to serve full and complete responses to the written discovery at issue within 10 days from the entry of this order. The motion is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE